IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSIE RODRIGUEZ, | § | |
| | § | |
| *Plaintiff,* | § | SA-23-CV-00262-JKP |
| | § | |
| vs. | § | |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled and numbered cause of action is the parties' Joint/Agreed Motion to Continue Trial and Request that the Current Scheduling Order Deadlines be Extended [#11]. By their motion, the parties ask the Court to continue their trial date and to set their dispositive motions for hearing prior to trial, preferably at the final pretrial conference. The parties also ask the Court to extend all current deadlines, including the discovery deadline.

The current Scheduling Order does not contain a date for trial or the final pretrial conference, as the custom of Judge Pulliam is not to set trial until after all dispositive motions have been ruled upon. Additionally, Judge Pulliam does not typically set dispositive motions for a hearing. As to the requested extension of the Scheduling Order, the parties have not provided the Court with a proposed new deadline for any of the deadlines in the Scheduling Order. Accordingly, the Court will deny the motion without prejudice to refiling an amended joint motion, which requests specific extensions of specific deadlines and reflects the parties' agreement as to those new deadlines.

**IT IS THEREFORE ORDERED** that the parties' Joint/Agreed Motion to Continue Trial and Request that the Current Scheduling Order Deadlines be Extended [#11] is **DENIED WITHOUT PREJUDICE**.

1

**IT IS SO ORDERED.**

SIGNED this 12th day of February, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE