IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSIE RODRIGUEZ, | § § | |
| *Plaintiff,* | § § | SA-23-CV-00262-JKP |
| vs. | § § | |
| STATE FARM LLOYDS, | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. The record reflects that on February 12, 2024, the undersigned denied the parties' joint request to extend various scheduling order deadlines without prejudice to the parties filing an amended joint motion including proposed new deadlines [#12]. Over two months have elapsed since the undersigned issued that Order, and the parties have not filed an amended motion. All deadlines in the governing Scheduling Order have expired, and there are no pending motions or other matters before the undersigned. Accordingly, the Court will order the parties to file a joint advisory providing an update on the status of this case, including whether they are ready for the case to be returned to the District Court for a trial setting.

**IT IS THEREFORE ORDERED** that on or before **May 10, 2024**, the parties file the ordered advisory with the Court. If the parties fail to file the advisory, they will be deemed to have forfeited any right to move for the extension of any other pretrial deadlines, and the undersigned will return the case to the District Court to set a trial date.

**IT IS SO ORDERED.**

SIGNED this 30th day of April, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE